UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAM TRAN,

           Petitioner,

   v.

CLARK COUNTY COURT,

           Respondent.

CASE NO. C22-5925 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation ("R&R"), Dkt. 4, recommending that the Court deny pro se petitioner Tam Tran's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1. Tran's proposed habeas petition, Dkt. 1-1, is duplicative of the claims he has sought to assert in Cause No. 22-cv-5924 BHS, and the Court has offered Tran an opportunity to assert all his habeas claims in that case. Tran has not objected to the R&R.

(1)    The R&R is **ADOPTED**;

(2)    Tran's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

(3)    This matter is dismissed without prejudice.

ORDER - 1

(4) Tran is not entitled to *in forma pauperis* status for the purposes of any appeal.

(5) The Clerk shall send a copy of this Order to Tran, enter a judgment, and close the case.

IT IS SO ORDERED.

Dated this 30th day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2